| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 2:22-CR-02333-1-DC |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 24cr276 - File |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Western District of Texas | DIVISION Del Rio |
|---|---|---|
| Jose Antonio Cruz 1303 North 13th Street, Apt A20 Whitehall, PA 18052 | NAME OF SENTENCING JUDGE David Counts | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 09/05/2023 / TO 09/04/2026 |

**OFFENSE**

8 U.S.C. § 1324 Conspiracy to Transport Illegal Aliens.

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

The offender is a resident of Hazelton, Pennsylvania, where he is being supervised by the Eastern District of Pennsylvania, Allentown Division. In the best interest of justice, transfer of jurisdiction to the Eastern District of Pennsylvania will be more efficient to expedite any proceedings that may arise from his state arrest, or the continued supervision of this defendant on supervised release.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Western   DISTRICT OF   Texas

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Eastern District of Pennsylvania   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

07/23/2024
*Date*

*/signature/*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Eastern   DISTRICT OF   Pennsylvania

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

August 1, 2024
*Effective Date*

/s/Nitza I. Quinones Alejandro
*United States District Judge*

1