IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL ACTION
v. :
: No. 24-276

**JOSE ANTONIO CRUZ**
1303 North 13th Street
Apartment A20
Whitehall, PA 18052

## NOTICE OF HEARING

Take notice that the defendant is scheduled for a **VIOLATION OF SUPERVISED RELEASE HEARING** on **November 1, 2024, at 11:30 A.M.**, before the **Honorable Nitza I. Quiñones Alejandro** in **Courtroom 8-B, 8th Floor** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☐ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** (No interpreter needed)

☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.

By: R. Burton Hoop
    Courtroom Deputy to J. Quiñones
    Phone: 267 299-7467

Date: **October 8, 2024**

cc via U.S. Mail:   Defendant
cc via email:       Federal Defender Association
                    Danielle S. Rosborough Bateman, AUSA
                    U.S. Marshal
                    Court Security
                    Ashley Maga, USPO
                    Pretrial Services
                    Interpreter Coordinator