IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :    CRIMINAL NO. 24-276 |
| JOSE ANTONIO CRUZ | : |

ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of the United States of America.

        JACQUELINE C. ROMERO
        UNITED STATES ATTORNEY


        */s/ Danielle S. Bateman*
        Danielle S. Bateman
        Assistant United States Attorney