IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| v. | : | **CRIMINAL NUMBER 24-276-1** |
| | : | |
| | : | |
| **JOSE ANTONIO CRUZ** | : | |

## ENTRY AND WITHDRAWAL OF APPEARANCE

I hereby enter my appearance on behalf of the defendant in the above-captioned matter.

Please remove Jonathan A. McDonald, Assistant Federal Defender as counsel of record.

Respectfully submitted,

*/s/ Rossman D. Thompson, Jr.*
ROSSMAN D. THOMPSON, JR.
Assistant Federal Defender
Chief, Trial Unit

Withdrawing Attorney:

*/s/ Jonathan A. McDonald*
JONATHAN A. McDONALD
Assistant Federal Defender

## CERTIFICATE OF SERVICE

I, Rossman D. Thompson, Jr., Assistant Federal Defender, Chief, Trial Unit, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I caused a copy of the attached Entry and Withdrawal of Appearance to be filed and served electronically through the Eastern District Clerk's Office Electronic Case Filing ("ECF') and/or by electronic mail upon:

Danielle S. Bateman
Assistant United States Attorney
United States Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, Pennsylvania, 19106.

*/s/ Rossman D. Thompson, Jr.*
ROSSMAN D. THOMPSON, JR.
Assistant Federal Defender
Chief, Trial Unit

DATE:  October 30, 2024