IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **V.** | : | **CRIMINAL NUMBER 24-276-1** |
| | : | |
| | : | |
| **JOSE ANTONIO CRUZ** | : | |

### O R D E R

**AND NOW**, this _____ day of _____, 2024, the Court being advised that defense counsel needs additional time to prepare for a revocation of supervised release hearing for the above captioned case, and the government having no opposition thereto, it is hereby **ORDERED** that the defendant's unopposed motion for continuance of revocation of supervised release hearing is **GRANTED**.

BY THE COURT:

_____
**HONORABLE NITZA I. QUIÑONES ALEJANDRO**
**United States District Court Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CRIMINAL NUMBER 24-276-1 |
| | : | |
| JOSE ANTONIO CRUZ | : | |

### DEFENDANT'S UNOPPOSED MOTION FOR A CONTINUANCE
### OF THE VIOLATION OF SUPERVISED RELEASE HEARING

Jose Antonio Cruz by and through his attorney, Rossman D. Thompson, Jr., Assistant Federal Defender, Chief, Trial Unit, Federal Community Defender Office for the Eastern District of Pennsylvania, respectfully moves this Court to continue the revocation of supervised release hearing for the above captioned case. As grounds counsel avers as follows:

1. On August 1, 2024, Mr. Cruz's supervised release was transferred from the Western District of Texas to The Eastern District of Pennsylvania.

2. On October 8, 2024, Mr. Cruz received notice he is scheduled for a violation of supervised release hearing on November 1, 2024.

3. On October 29, 2024, Mr. Cruz appeared before the Honorable Craig M. Straw and his request for Court appointed counsel was granted.

4. Defense counsel respectfully requests the hearing be continued as Mr. Cruz has open criminal matters. The parties will advise the court when these matters are resolved.

5. Assistant United States Attorney Danielle S. Bateman has no objection to this application for continuance.

**WHEREFORE**, for the foregoing reasons, the defense respectfully requests that this motion be granted, and the violation of supervised release hearing be continued until there is a resolution of the open criminal matters.

Respectfully submitted,

/s/ *Rossman D. Thompson, Jr.*
ROSSMAN D. THOMPSON, JR.
Assistant Federal Defender
Chief, Trial Unit

# CERTIFICATE OF SERVICE

I, Rossman D. Thompson, Jr., Assistant Federal Defender, Chief, Trial Unit, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I have electronically filed and served a copy of the Defendant's Unopposed Motion for Continuance of Trial by electronic notification and/or by electronic mail upon:

Danielle S. Bateman
Assistant United States Attorney
United States Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, Pennsylvania 19106

Ashley Maga
United States Probation Officer
United States Probation Office
Edward N. Cahn U.S. Courthouse
504 Hamilton Street
Allentown, PA   18101

/s/ *Rossman D. Thompson, Jr.*
ROSSMAN D. THOMPSON, JR.
Assistant Federal Defender
Chief, Trial Unit

DATE: October 31, 2024