IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **V.** | : | **NUMBER 24-276-1** |
| | : | |
| **JOSE ANTONIO CRUZ**<br>   *Defendant* | : | |

**O R D E R**

**AND NOW**, this 31st day of October 2024, upon consideration of Defendant's *unopposed motion for a continuance of the violation of supervised release hearing* (Doc. 11), and for good cause shown — defense counsel needs additional time to prepare for a revocation of supervised release hearing — it is hereby **ORDERED** that the Defendant's is **GRANTED**. Accordingly, Defense counsel shall notify this Court when Defendant's open state court matters have been adjudicated and this matter can be rescheduled.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*